387 A.2d 118

Insurance Company of North America v. Stein, Appellant, et al.

Argued December 14, 1977. Avram G. Adler, with him Stanley P. Kops, for appellant; Thomas E. Byrne, Jr., with him Krusen, Evans and Byrne, for appellee.

Judgment affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.